IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SCOTT JETER, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO.  1:13-cv-197-MEF |
| | )              WO |
| WINN DIXIE, | ) |
| | ) |
| Defendant. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1.  The plaintiff's objection (Doc. #15) to the Recommendation of the Magistrate Judge filed on August 16, 2013 are overruled;

2.  The Recommendation of the Magistrate Judge (Doc. #14) entered on August 15, 2013 is adopted;

3. That the motion to dismiss (Doc. 7) filed by the Defendant, Winn Dixie, is GRANTED in part as to Jeter's Title VII claims.

4.  That the motion to dismiss (Doc. 7) is DENIED in part as to Jeter's claims for discrimination and retaliation under the ADA.

5.  That Jeter's Title VII claims is DISMISSED with prejudice for failure to state a claim upon which relief can be granted.

DONE this the 9th day of September, 2013.

            /s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE